IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CHRIS L. ANDRUS, Defendant. | PO-23-5001-GF-JTJ<br><br>VIOLATION:<br>E1102996<br>Location Code: M13<br><br>ORDER |

Based upon the United States' motion to accept the defendant's payment of a $50 fine and $30 processing fee for violation E1102996 (for a total of $80), and for good cause shown, **IT IS ORDERED** that the $80 fine paid by the defendant is accepted as a full adjudication of violation E1102996.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for February 9, 2023, is **VACATED.**

DATED this 6th day of February, 2023.

_____
John Johnston
United States Magistrate Judge